UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 22 A 8: 01

U.S. DISTRICT COURT
HARTFORD, CT.

DANA HOWARD,                          :

     Plaintiff,                      :

                            :    CASE NO. 3:03CV985(RNC)

v.                                    :

LILY TRANSPORTATION CO.,              :

     Defendant.                      :

## NOTICE OF ENTRY OF DEFAULT

The complaint in this action having been filed on June 4, 2003, and it appearing from the summons contained in this Court's file that the defendant was served on or before July 25, 2003, and no responsive pleading having been filed to date, a default is hereby entered pursuant to Fed. R. Civ. P. 55(a), as to defendant Lilly Transportation Company.

Any motion to set aside this entry of default pursuant to Fed. R. Civ. P. 55(c) must be filed on or before January 12, 2004. Any motion for entry of a default judgment must be filed on or before January 22, 2004.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at Hartford, Connecticut this 19 day of December 2003.

                                    _____
                                     Robert N. Chatigny
                         United States District Judge