UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANA HOWARD | CASE NO. 303-CV00985RNC |
| PLAINTIFF | |
| | PLAINTIFF DEMANDS A TRIAL BY JURY |
| LILLY TRANSPORTATION CO. | |
| DEFENDANT | OCTOBER 17, 2003 |

## STIPULATION FOR DISMISSAL

The above Plaintiff, Dana Howard and the Defendant's, Lilly Transportation, Co. and Mr. Alton Ebron respectfully inform the Court that this 7th day of November 2003, they have hereby agreed to a settlement regarding the motor vehicle accident occurring on September 21, 2001 on the northbound side of I-95 in the Town of West Haven, County of New Haven and State of Connecticut.

The parties involved have privately resolved this matter for the amount of **$320,000.00 (Three Hundred Twenty Thousand Dollars and 00/100)** that has been paid by the Defendant's, Lilly Transportation Company and Alton Ebron to the Plaintiff, Dana Howard.

Wherefore, the Plaintiff respectfully requests the Court to withdraw its claim against the Defendant.

Agreement hereby stipulated to on 7th day of November 2003 by:

_____
Ronald J. LoRicco, Sr., Esq.
Attorney for the Plaintiff
LoRicco, Trotta & LoRicco, LLC
216 Crown Street, Suite 502
New Haven, CT 06510
(203) 865-3123
Federal Juris No.: ct04530


Agreement hereby stipulated to on the 5th day of December 2003 by:

_____
Peter T. Shapiro   CT 25220
Jones, Hirsch, Conners & Bull
6 Landmark Square
Stamford, Connecticut 06901
(212) 527-1000

                                    RESPECTFULLY SUBMITTED.

                                    THE PLAINTIFF,
                                    DANA HOWARD, BY AND
                                    THROUGH HER ATTORNEY

                                    By: _____
                                    RONALD J. LoRICCO, SR. Of
                                    LoRicco, Trotta & LoRicco, LLC
                                    216 Crown Street, Suite 502
                                    New Haven, CT 06510
                                    (203) 865-3123
                                    Federal Juris No.: ct04530