**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DANA HOWARD** | ] | **CASE NO. 303-CV00985RNC** |
| | ] | |
| **PLAINTIFF** | ] | |
| | ] | **PLAINTIFF DEMANDS A** |
| | ] | **TRIAL BY JURY** |
| | ] | |
| **LILLY TRANSPORTATION CO.** | ] | |
| | ] | |
| **DEFENDANT** | ] | **OCTOBER 17, 2003** |

### STIPULATION FOR DISMISSAL

The above Plaintiff, Dana Howard and the Defendant's, Lilly Transportation, Co. and Mr. Alton Ebron respectfully inform the Court that this 7th day of November 2003, they have hereby agreed to a settlement regarding the motor vehicle accident occurring on September 21, 2001 on the northbound side of I-95 in the Town of West Haven, County of New Haven and State of Connecticut.

The parties involved have privately resolved this matter for the amount of **$320,000.00** **(Three Hundred Twenty Thousand Dollars and 00/100)** that has been paid by the Defendant's, Lilly Transportation Company and Alton Ebron to the Plaintiff, Dana Howard.

Wherefore, the Plaintiff respectfully requests the Court to withdraw its claim against the Defendant.

Approved. So ordered.

Robert N. Chatigny, U.S.D.J.

January 7, 2004.